# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00440-CV

### In re Daniel James Caldwell

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

We deny the petition for writ of mandamus.  *See* Tex. R. App. P. 52.8(a).

Rosa Lopez Theofanis, Justice

Before Justices Triana, Smith, and Theofanis

Filed:  July 18, 2024